# *United States District Court*

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TISI NICOLE JACKSON | **WARRANT FOR ARREST**<br><br>CASE NUMBER: 1:06mj 17-VPM |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Tisi Nicole Jackson _____
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possessing with intent to distribute cocaine and cocaine base,
a Schedule II Controlled Substance,

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) _____

VANZETTA PENN MCPHERSON
Name of Issuing Officer

[signature: Vanzetta Penn McPherson]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

February 10, 2006   Montgomery, Alabama
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest