# UNITED STATES DISTRICT COURT

___Middle___ DISTRICT OF ___Alabama___

UNITED STATES OF AMERICA
V.

Tisi Nicole Jackson

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 1:06mj17-UPM

I, ___Tisi Nicole Jackson___, charged in a ☒ complaint ☐ petition

pending in this District ___MIDDLE ALABAMA___

in violation of ___21___, U.S.C., ___841(a)(1)___,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

*Tisi Jackson*
Defendant

*[signature]*
Counsel for Defendant

2-13-06
Date