**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 3-15-2006
**DIGITAL RECORDING:** 10:39 - 10:52
**COURT REPORTER:**

✔ **ARRAIGNMENT**          ☐ **CHANGE OF PLEA**          ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**          ☐ **SENTENCING**

---

**PRESIDING** MAG. **JUDGE:** DRB          **DEPUTY CLERK:** sql
**CASE NUMBER:** 1:06cr65-WKW          **DEFENDANT NAME:** Tisi Nicole JACKSON
**AUSA:** Morris          **DEFENDANT ATTORNEY:** Pate DeBardeleben

**Type counsel** ( )Waived; ( )Retained; (✔)CJA ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
**Interpreter present?** (✔)NO; ( )YES          **Name:**

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
☐ **ORAL ORDER appointing Federal Public Defender.  Notice of Appearance to be filed.**
☐ **WAIVER OF INDICTMENT executed and filed.**
☐ **INFORMATION filed.**
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**          ✔ **Not Guilty**
          ☐ **Guilty as to:**
                    ☐ **Count(s):**
                    ☐ **Count(s):**          ☐ **dismissed on oral motion of USA**
                                        ☐ **to be dismissed at sentencing**
☐ Written plea agreement filed    ☐ **ORDERED SEALED**
☐ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts** _____.
☐ CRIMINAL TERM:          ☐ **WAIVER OF SPEEDY TRIAL filed.**
          **DISCOVERY DISCLOSURE DATE:** 3-16-06
☐ **ORDER:** Defendant continued under ☐ same bond;  ☐ summons; for:
          ☐ Trial on 6-26-06, ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
          ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                    ☐ Defendant requests time to secure new counsel