## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
☐ Northern    (☐ Southern)    ☐ Eastern

HON. **Delores R. Boyd**    AT **Montgomery**, Alabama

DATE COMMENCED **5-12-2006**    @ **10:14**    ☑ a.m. ☐ p.m

DATE COMPLETED **5-12-2006**    @ **10:18**    ☑ a.m. ☐ p.m

CASE NO. **1:06CR65-WKW**

UNITED STATES OF AMERICA    VS.    TISI NICOLE JACKSON
Plaintiff(s)                          Defendant(s)

### APPEARANCES

Plaintiff(s)/Government          Defendant(s)
Clark Morris                     Pate DeBardeleben

### COURT OFFICIALS PRESENT:

Ctrm Clerk: **S. Q. Long, Jr.**    Crt Rptr: _____
Law Clerk: _____                   Interpreter: _____
USPO/USPTS: _____                  Other: _____

### PROCEEDINGS:

☐ Motion Hearing: _____
☐ Status Conference        ☐ Oral Argument          ☐ Evidentiary Hrg.
☐ Revocation               ☐ Scheduling Conf.       ☐ Show Cause
☐ Settlement Conference    ☐ Telephone Conf.        ☐ Sentencing
☐ Non-Jury Trial           ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

✓ Pending Motions: **None**    ✓ Pretrial Conference
Discovery Status: **Complete**    Plea Status: **Trial**
Trial Status/Length: **2 Days**    Trial Term: **6-26-06**