UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cr-00065-WKW |
| | ) | |
| TISI NICOLE JACKSON | ) | |

## **ORDER**

Upon consideration of the government's Motion to Dismiss (Doc. # 60), and for good cause shown, it is ORDERED that the motion is GRANTED and the indictment as to Tisi Nicole Jackson is DISMISSED without prejudice.

DONE this the 16th day of June, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE