IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr65-W |
| | ) | |
| EDWARD EARL TILLER, | ) | |
| MICHAEL LEE WALKER and | ) | |
| TISI NICOLE JACKSON | ) | |

### MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to strike the Forfeiture Allegation from the Indictment returned March 1, 2006.

A proposed Order is filed herewith.

Respectfully submitted this 19th day of June, 2006.

                                              FOR THE UNITED STATES ATTORNEY
                                                  LEURA G. CANARY

                                      /s/John T. Harmon
                                      John T. Harmon
                                      Assistant United States Attorney
                                      Bar Number: 7068-II58J
                                      Office of the United States Attorney
                                      Middle District of Alabama
                                      One Court Square, Suite 201 (36104)
                                      Post Office Box 197
                                      Montgomery, Alabama 36101-0197
                                      Telephone:(334) 223-7280
                                      Facsimile:(334) 223-7560
                                      E-mail: John.Harmon@usdoj.gov
                                      Bar Number: 7068-II58J

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2006, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **A. Clark Morris, Paul Cooper, Kevin L. Butler and Crowell Pate DeBardeleben**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J